IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN NEAL GLASPIE,<br>    ID # 192081,<br>        Plaintiff, | )<br>)<br>)<br>) | |
| vs. | ) | No. 3:22-CV-2743-C (BH) |
| | ) | |
| CINDY ERMATINGER, et al.,<br>        Defendants. | )<br>) | Referred to U.S. Magistrate Judge [1] |

**RECOMMENDATION REGARDING REQUEST TO PROCEED
IN FORMA PAUPERIS ON APPEAL**

Before the Court is the plaintiff's *Appeal Of Application To Proceed In Forma Pauperis*, which is liberally construed to include a request to proceed *in forma pauperis* on appeal, received from the United States Court of Appeals for the Fifth Circuit on January 26, 2023 (doc. 9).

(**X**)    The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should find under Fed. R. App. 24(a)(3) and 28 U.S.C. § 1915(g) that the plaintiff is barred by the "three-strikes" rule of § 1915(g), and has not timely paid the filing fee, as discussed in the findings, conclusions, and recommendation filed in this case on December 12, 2022 (doc. 5).

**If the Court denies the request to proceed *in forma pauperis* on appeal, the plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  *See* Fed. R. App. P. 24(a)(5).**

SO RECOMMENDED this 2nd day of February, 2023.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] Under *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* on appeal are automatically referred.